JS-6

MARC S. HINES (SBN 140065)
mhines@hinescarder.com
NICOLE HAMPTON (SBN189024)
nhampton@hinescarder.com
**HINES CARDER LLP**
3090 Bristol Street, Suite 300
Costa Mesa, California 92626
Tel.: (714) 513-1122
Fax: (714) 242-9529

Attorneys for Defendant
AMCO Insurance Company
(erroneously sued as "Allied Insurance")

# THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| BRIDGET MCCARTY<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALLIED INSURANCE, and DOES 1 to 50,<br><br>　　　　　Defendants. | CASE NO.  CV 13-08934-GW(SHx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Judge:　　Hon. George H. Wu<br>Courtroom: 10 |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that pursuant to the settlement reached between the parties, the above-referenced action is hereby dismissed in its entirety with prejudice.

Each party shall bear their own fees and costs.

**IT IS SO ORDERED**.

Dated: May 21, 2014

　　　　　　　　　　　　　　By  _____
　　　　　　　　　　　　　　　　GEORGE H. WU
　　　　　　　　　　　　　　　　United States District Judge